THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0278-JCC |
| Plaintiff, | ORDER |
| v. | |
| HECTOR PAYAN-CRUZ, *et al*., | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion to modify discovery protective order (Dkt. No. 42). Having considered the parties' motion and the relevant record, the Court FINDS that there is a proper basis to modify the original discovery protective order given the privacy concerns expressed by Defendants regarding the production and disclosure of their cellphone contents. Accordingly, it is ORDERED that the original discovery protective order, dated January 15, 2019, shall be modified to limit the production and disclosure of the defendants' cellphone contents to defense counsel and members of the defense team.

All other Protected Information and Protected Materials are regulated under the terms of the original discovery protective order.

//

//

//

ORDER
CR18-0278-JCC
PAGE - 1

1         DATED this 1st day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0278-JCC
PAGE - 2